# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
**No. 18-1814V**
**Filed: January 9, 2019**
UNPUBLISHED

|  |  |
|---|---|
| CHAD LONSFORD,<br><br>               Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>               Respondent. | Special Processing Unit (SPU);<br>Vaccine Rule 21(a); Order<br>Concluding Proceedings |

*John Robert Howie, Jr., Howie Law, PC, Dallas, TX, for petitioner.*
*Brittany Alexandra Anne Ditto, U.S. Department of Justice, Washington, DC, for respondent.*

## ORDER CONCLUDING PROCEEDINGS[1]

**Dorsey,** Chief Special Master:

On January 9, 2019, petitioner filed a Notice of Voluntary Dismissal in the above-captioned case.

Accordingly, pursuant to Vaccine Rule 21 (a), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

                                **s/Nora Beth Dorsey**
                                Nora Beth Dorsey
                                Chief Special Master

---

[1] The undersigned intends to post this order on the United States Court of Federal Claims' website. **This means the order will be available to anyone with access to the Internet.** In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access. Because this unpublished order contains a reasoned explanation for the action in this case, undersigned is required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services).